CHAPTER 13 CASE NO. 25-10494
ADVERSARY PROCEEDING NO. 26-02036

## CERTIFICATE OF SERVICE

I, <u>Jennifer R. Harris</u> , certify that service of this summons and a copy of the complaint was made <u>April 1, 2026</u> by:

☑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
> ***SEE ATTACHED LIST OF PARTIES SERVED***

☐     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___<u>April 1, 2026</u>___        Signature: <u>*s/Jennifer R. Harris*</u>

      Print Name:             <u>Jennifer R. Harris, Esq.</u>

      Business Address:      <u>Post Office Box 1720</u>

                                             <u>Greensboro, NC 27402-1720</u>

PARTIES SERVED
CHAPTER 13 CASE NO. 25-10494
ADVERSARY PROCEEDING NO. 26-02036


MICHELLE BATTLE
1432 BRIDFORD PARKWAY APT C
GREENSBORO NC 27407

B PETER JARVIS
TENNANT & JARVIS PC
10706 N MAIN ST
P O BOX 4585
ARCHDALE NC 27263

ATTENTION OFFICER
EXETER FINANCE LLC C/O AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA, OK 73118

ATTENTION OFFICER
EXETER FINANCE LLC
2101 WEST JOHN CARPENTER FREEWAY
IRVING, TX 75063

JOHN PAUL H. COURNOYER
BANKRUPTCY ADMINISTRATOR
101 SOUTH EDGEWORTH STREET
GREENSBORO, NC 27401