UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Battle, Michelle            xxx-xx-9496 | ) | |
| 1432 Bridford Parkway, Apt. C | ) | Case No. 25-10494    C13-G |
| Greensboro, NC 27407 | ) | |
| Debtor | ) | |
| ------------------------------------------------------- | ) | |
| Anita Jo Kinlaw Troxler, | ) | |
| Standing Trustee | ) | |
| Plaintiff | ) | Adversary Proceeding |
| | ) | No.    26-02036 |
| vs. | ) | |
| | ) | |
| Exeter Finance LLC | ) | |
| Defendant. | ) | |

## JOINT SCHEDULING MEMORANDUM

A. The Rule 26(f) meeting of the parties in this adversary proceeding was held on June 12, 2026.

B. The following were in attendance:

(1) Eudora F. S. Arthur           , attorney for      Defendant

(2)   Jennifer R. Harris              , attorney for       Plaintiff

C. The following matters and time limits were covered during the meeting:

(1) July 31, 2026, as the last day for filing motions to amend;

(2) July 31, 2026, as the last day for filing motions to join other parties;

(3) August 15, 2026, as the date within which discovery (general and expert), must be completed;

(4) Initial disclosure of experts who may be used at trial to present evidence and the written reports of experts described in Rule 26(a)(2)(B) shall be due as follows:

From the Plaintiff(s) by August 15, 2026
From the Defendant(s) by August 15, 2026;

(5) Pursuant to Rule 26(a)(2)(C), disclosures regarding rebuttal expert witnesses and

evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) shall be due within 30 days after the disclosure made by the other party; and

(6) <u>August 31, 2026</u>, as the last day for filing dispositive motions and supporting materials, including affidavits and supporting briefs.

D. Statement regarding core/non-core matters:

_X_ (1) The parties expressly consent to the entry of a final order by the Bankruptcy Court for all matters raised in the pleadings and, therefore, waive the right, if any, to a jury trial, inasmuch as the United States District Court for the Middle District of North Carolina has not specially designated the Bankruptcy Court to conduct such trials.

_____ (2) The parties do not consent to the entry of a final judgment by the Bankruptcy Court for the following claim(s) for relief:

Each of the parties agrees that as to any matter for which it does not consent to the Bankruptcy Court entering final judgment, the non-consenting party shall have 30 days from the first entry of a scheduling order by the Court to file a motion to determine whether the Bankruptcy Court may enter a final judgment or order in each cause of action to which the non-consenting party does not consent. Such motion shall be accompanied by a memorandum of law in support of the motion.

THE FAILURE TO TIMELY MOVE TO DETERMINE WHETHER THE BANKRUPTCY COURT MAY ENTER A FINAL JUDGMENT OR ORDER WITH RESPECT TO ANY MATTER, ISSUE, OR CLAIM FOR RELIEF SHALL CONSTITUTE A WAIVER OF ANY RIGHT TO ADJUDICATION BY A COURT ESTABLISHED UNDER ARTICLE III OF THE UNITED STATES CONSTITUTION AND ANY RIGHT TO A JURY TRIAL, AND THE WAIVER SHALL BE DEEMED TO BE CONSENT TO HAVE THE BANKRUPTCY COURT ENTER FINAL JUDGMENT.

E. For those claim(s) for relief for which the parties do not consent to the entry of a final judgment by the Bankruptcy Court:

_X_ (1) Neither party seeks a jury trial.

_____ (2) The Plaintiff demands a jury trial.

_____ (3) The Defendant demands a jury trial.

_____ (4) The parties _____ agree _____ disagree regarding jury entitlement.

This 12th day of June, 2026.

By:  */s/Eudora F.S. Arthur*
Eudora F.S. Arthur
NC State Bar No. 59854 555
Attorney for Defendant
Exeter Finance LLC
Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
Email: dorie.arthur@wbd-us.com

By: */s/Jennifer R. Harris*
Jennifer R. Harris
N.C. State Bar No. 26857
Attorney for Plaintiff
Anita Jo Kinlaw Troxler,
Standing Trustee
P.O. Box 1720
Greensboro, NC 27402-1720
Telephone: (336) 378-9164
Email:jrharris@chapter13gboro.com